UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN DUSABLON,

                Plaintiff,

-against-

HUGH A GIBBS and Union Logistics, LLC,

                Defendants.

23-CV-5843 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    As discussed at the conference on November 26, 2024, the deadline for the completion of all expert discovery is hereby extended to January 10, 2025. If the parties require additional time to schedule the Independent Medical Evaluation ("IME"), they must seek an extension in compliance with the Court's Individual Rules. Other than with respect to the IME, the Court will not grant any further extensions of discovery.

    Any dispositive or *Daubert* motions are due February 14, 2025, any oppositions due March 14, 2025, and any replies due March 28, 2025. The Court will refer the parties to the Mediation Program by separate order but the referral has no effect on the dates in this Order.

Dated: December 3, 2024
       New York, New York

                                        SO ORDERED.

                                        */s/ Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge