UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHRISTIAN DUSABLON

Civil Action No. 23-cv-05843 JGLC

Plaintiff,

v.

HUGH A. GIBBS and UNION LOGISTICS, LLC,

Defendants.

-----------------------------------------------------------X

**MEMORANDUM OF LAW IN OPPOSITION OF DEFENDATS' DAUBERT MOTION TO PRECLUDE THE TESTIMONY OF DRS. VILLAFUERTE, CAPIOLA AND DESAI**

Dated: White Plains, New York
April 9, 2025

Yours, etc.
**LAW OFFICES OF LAWRENCE PERRY BIONDI, P.C.**

By: JULIO CÉSAR ROMÁN, ESQ.
Attorney for Plaintiff
81 Main Street -Suite 305
White Plains, New York 10601
(914) 946-5093

TO: MOUND COTTON WOLLAN &
GREENGRASS LLP
Attorneys for Defendants
HUGH A. GIBBS and UNION LOGISTICS, LLC
One New York Plaza
New York, New York 10004
(212) 804-4200

**Cases**

*Spinale v. United States 2009 WL 792089*................................................2

*Design Strategy, Inc. v. Davis,* 469 F.3d 284, 296-97.................................3

**THE DOCTORS THAT DEFENDANTS' SEEK TO PRECLUDE ARE TREATING DOCTORS NOT RETAINED FOR LITIGATION**

The defendant's motion should be denied. The testimony of the treating doctors will be based on their treatment of the plaintiff. They were not hired in contemplation of litigation but were sought by the plaintiff who controlled his treatment necessitated as a result of the motor vehicle accident.

Under FRCP 26(a)(2(C), treating physicians are exempt from providing a written report. Nonetheless, the defendants were provided with authorizations for each of the treating physicians in a timely manner and therefore had access to all of the medical records and reports prepared by these physicians in connection with the treatment of the plaintiff. As such, they are privy to the records of Dr. Albert Villafuerte attached hereto as Exhibit 1, Dr. David Capiola records attached hereto as Exhibit 2, and Dr. Rohan Desai records attached hereto as Exhibit See Exhibit 3. On October 14, 2024, the plaintiff provided an expert exchange for each of the doctors the defendants now seek to preclude. See Exhibit 4.

Treating doctors are allowed to testify as experts based on their personal knowledge and treatment of the plaintiff. No formal report needs to be exchanged. *See Spinale v. United States 2009 WL 792089, at 3 (S.D.N.Y. March 24, 2009).* The plaintiff, in discussions with the defendant and in an effort to expedite any deposition testimony to be elicited by these doctors offered to provide full narrative reports. Again, these doctors were not hired by plaintiff's counsel for the purposes of this litigation and are not under our control. The plaintiff has endeavored to obtain these reports for many months and has only

recently been able to obtain the reports of Dr. Villafuerte See Exhibit 5, and Dr. David Capiola, M.D. See Exhibit 6. To date, Dr. Desai has not provided his report, which we expect to provide when received.

If the Court determines that there is a deficiency in the exchanges by the plaintiff, the plaintiff seeks leave of Court to supplement his exchanges. Under Rule 37(c)(1), this is the appropriate remedy. See *Design Strategy, Inc. v. Davis,* 469 F.3d 284, 296-97 (2d. Cir. 2006). The plaintiff has not acted in bad faith nor has he sought to withhold any reports for purposes of strategic delay. The defendant cannot claim prejudice.

The cases cited by the defendants stand for the proposition that the plaintiff may be precluded from offering opinions for the purpose of opposing a motion for summary judgment. This is not the case here.

The plaintiff has not acted in bad faith and no gamesmanship is involved. There is no reason for cost or sanctions.

Dated: White Plains, New York
April 9, 2025

Yours, etc.
**LAW OFFICES OF LAWRENCE PERRY BIONDI, P.C.**

By: JULIO CÉSAR ROMÁN, ESQ.
Attorney for Plaintiff
81 Main Street -Suite 305
White Plains, New York 10601
(914) 946-5093

INDEX NO.: 806156/2023E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN G. DUSABLON,

Plaintiff,

- against -

HUGH A. GIBBS and UNION LOGISTICS LLC,

Defendants.

**MEMORANDUM OF LAW IN OPPOSITION**

PB

Law Offices of
LAWRENCE PERRY BIONDI, P.C.
Attorneys for Plaintiff(s)
81 Main Street – Suite 305
White Plains, New York 10601
Tel. (914) 946-5093