UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN DUSABLON,

                    Plaintiff,

          -against-

HUGH A GIBBS & UNION LOGISTICS, LLC,

                    Defendants.

---

23-CV-5843 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Per the Court's Order at ECF No. 46, the deadline for the parties to submit the joint letter following the close of expert discovery elapsed on May 4, 2026. The parties are ORDERED to file this letter no later than May 11, 2026.

Dated: May 5, 2026
      White Plains, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge